# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

FIRST NATIONAL BANK OF PA, BY
MERGER W/METRO BANK,

          Respondent

          v.

DOUGLASS E. HOWARD, JR.,

          Petitioner

:  No. 254 MAL 2019
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of October, 2019, the Petition for Allowance of Appeal and Motion for Stay are **DENIED**.